1  RAMIRO MORALES, Bar No. 7101
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar No. 11045
   dastengo@mfrlegal.com
3  600 South Tonopah Drive, Suite 300
   Las Vegas, Nevada 89106
4  Telephone:  (702) 699-7822
   Facsimile:  (702) 699-9455
5
   Attorneys for Defendants, ST PAUL FIRE & MARINE INSURANCE
6  COMPANY; UNITED STATES FIDELITYAND GUARANTY
   COMPANY; and TRAVELERS INDEMNITY COMPANY OF AMERICA
7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10

11 TONYA RUSHING                          )  CASE NO.:  2:13-CV-00683-APG-GWF
                                          )
12          Plaintiff,                     )
                                          )  STIPULATION AND ORDER TO DISMISS
13     vs.                                 )  ST. PAUL FIRE & MARINE INSURANCE
                                          )  COMPANY, UNITED STATES FIDELITY
14 ST PAUL FIRE & MARINE INSURANCE         )  AND GUARANTY COMPANY AND
   COMPANY; UNITED STATES FIDELITY         )  TRAVELERS INDEMNITY COMPANY OF
15 AND GUARANTY COMPANY; and               )  AMERICA WITH PREJUDICE
   TRAVELERS INDEMNITY COMPANY OF          )
16 AMERICA; EVANSTON INSURANCE             )
   COMPANY; DOE INSURANCE AGENT;           )
17 DOES 1-10, inclusive; and ROE           )
   CORPORATIONS 1-10 inclusive,            )
18                                         )
19          Defendants.                    )
                                          )
20                                         )
                                          )
21 _____)

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---

                          1

1    **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2    Plaintiff, TONYA RUSHING, and defendants, ST. PAUL FIRE & MARINE

3    INSURANCE COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY and

4    TRAVELERS INDEMNITY COMPANY OF AMERICA, through their respective designated

5    counsel, that this action be dismissed in its entirety, with prejudice, as to ST. PAUL FIRE &

6    MARINE INSURANCE COMPANY, UNITED STATES FIDELITY AND GUARANTY

7    INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA only.

8    ///

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

STIPULATION AND ORDER TO DISMISS ST. PAUL, USF&G          Case No. 2:13-cv-00683-APG-GWF
AND TRAVELERS INDEMNITY CO. OF AMERICA WITH PREJUDICE

1        TONYA RUSHING, ST. PAUL FIRE & MARINE INSURANCE COMPANY, UNITED

2  STATES FIDELITY AND GUARANTY COMPANY and TRAVELERS INDEMNITY

3  COMPANY OF AMERICA further stipulate and agree to bearing their own costs and fees.

4       **IT IS SO STIPULATED.**

5                              **JONES WILSON**

6  DATED:  April 27, 2015       By:    _____*/s/ Justin L. Wilson*_____

7                              JUSTIN L. WILSON
                                *Attorneys for Plaintiff*, TONYA RUSHING

8

9                              **MORALES FIERRO & REEVES**

10  DATED:  April 27, 2015      By:    _____*/s/ David A. Astengo*_____

11                              DAVID A. ASTENGO
                                *Attorneys for Defendants*, ST. PAUL FIRE

12                                & MARINE INSURANCE COMPANY;
                                UNITED STATES FIDELITY AND

13                                GUARANTY COMPANY; and
                                TRAVELERS INDEMNITY COMPANY

14                                OF AMERICA

15

16                           **<u>ORDER</u>**

17       Pursuant to the stipulation of plaintiff, TONYA RUSHING, and defendants, ST. PAUL

18  FIRE & MARINE INSURANCE COMPANY, UNITED STATES FIDELITY AND

19  GUARANTY COMPANY and TRAVELERS INDEMNITY COMPANY OF AMERICA,

20  through their respective designated counsel, and good cause existing therefore,

21       **IT IS HEREBY ORDERED** that defendants, ST. PAUL FIRE & MARINE

22  INSURANCE COMPANY, UNITED STATES FIDELITY AND GUARANTY COMPANY and

23  TRAVELERS INDEMNITY COMPANY OF AMERICA only are dismissed with prejudice, with

24  each party to bear their own costs and fees

25

26  DATE:  _____April 28_____, 2015    _____

27                                 UNITED STATES DISTRICT JUDGE

28

STIPULATION AND ORDER TO DISMISS ST. PAUL, USF&G      Case No. 2:13-cv-00683-APG-GWF
AND TRAVELERS INDEMNITY CO. OF AMERICA WITH PREJUDICE